# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 11-22358-Civ-Lenard/Goodman

**JAMES EDWARD HOEFLING, JR.,**

    **Plaintiff,**

vs.

**CITY OF MIAMI, RICARDO ROQUE,
and JOSE GONZALEZ,**

    **Defendants.**

_____/

## MEDIATION REPORT

    In accordance with S.D. Fla. L. R. 16.2(f), the undersigned mediator reports that on June 6, 2016, a mediation conference was held, all required parties were present, and the parties reached a settlement subject to completion of mutually acceptable settlement papers. Moreover, the settlement, for reasons having to do with the procedures required under the City of Miami Code and Charter, cannot be finalized until mid-September, 2016. For that reason, the parties have asked me to request that the Court stay this action through September 16, 2016.

    **I hereby certify** that a true and correct copy of the foregoing was served by a CM/ECF generated notice of electronic filing on June 10, 2016, on all counsel or parties of record on the Service List below.

Dated:   June 10, 2016
           Miami, Florida

Respectfully submitted,

   s/   Brian F. Spector
Brian F. Spector
brian@bspector.com
BRIAN F. SPECTOR, LLC
Post Office Box 566206
Miami, Florida 33256-6206
Telephone 305.666.1664
Facsimile 305.661.8481

## SERVICE LIST

*James Edward Hoefling, Jr. v. City of Miami, et al.*
Case No. 11-22358-Civ-Lenard/Goodman
U.S. District Court, S.D. Florida

Richard J. Ovelmen, Esq.
rovelmen@cfjblaw.com
Jason Patrick Kairalla, Esq.
jkairalla@cfjblaw.com
Michael N. Wolgin, Esq.
mwolgin@cfjblaw.com
Carlton Fields Jorden Burt, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, Florida 33131-2113
Telephone 305.347.6805
Facsimile 305.530.0055
**Attorneys for Plaintiff**
**James Edward Hoefling, Jr.**

Douglas A. Harrison, Esq.
daharrison@miamigov.com
City of Miami Office of the City Attorney
Miami Riverside Center
444 S.W. Second Avenue, Suite 945
Miami, Florida 33130-1910
Telephone 305.416.1816
Facsimile 305.416.1801
**Attorney for Defendants**

Robert C. Buschel, Esq.
buschel@bglaw-pa.com
Buschel Gibbons, P.A.
One Financial Plaza - Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, Florida 33394
Telephone 954.530.5301
Direct 954.530.5748
**Attorney for Defendants**
**Ricardo Roque and Jose Gonzalez**